**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALPHONSO THOMAS, | : | |
| | : | |
| Plaintiff | : | CIVIL NO. 1:14-CV-02316 |
| | : | |
| vs. | : | |
| | : | |
| ELLEN MACE-LEIBSON, | : | (Judge Rambo) |
| et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

In accordance with the accompanying Memorandum,

**IT IS HEREBY ORDERED THAT:**

1.  Defendants' motion to dismiss Thomas' amended complaint (Doc. 50) is **GRANTED.**   as set forth below.

2.  Thomas' amended complaint is **DISMISSED** for failure to file an appropriate Certificate of Merit pursuant to Pennsylvania Rule of Civil Procedure 1042.3.

3.  The Clerk of Court shall **CLOSE** this case.

        s/Sylvia H. Rambo
        SYLVIA H. RAMBO
        United States District Judge

February 15, 2017